No. 92–1384.   BARCLAYS BANK PLC *v.* FRANCHISE TAX BOARD OF CALIFORNIA; and

No. 92–1839.   COLGATE-PALMOLIVE CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   [Certiorari granted, *ante,* p. 942.]   Motion of petitioners for divided argument granted.

No. 92–1856.   CITY OF LADUE ET AL. *v.* GILLEO.   C. A. 8th Cir.   [Certiorari granted, *ante,* p. 809.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1911.   PUD NO. 1 OF JEFFERSON COUNTY ET AL. *v.* WASHINGTON DEPARTMENT OF ECOLOGY ET AL.   Sup. Ct. Wash. [Certiorari granted, *ante,* p. 810.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–8841.   POWELL *v.* NEVADA.   Sup. Ct. Nev.   [Certiorari granted, *ante,* p. 811.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–284.   SECURITY SERVICES, INC. *v.* KMART CORP.   C. A. 3d Cir.   [Certiorari granted, *ante,* p. 930.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1941.   UNITED STATES *v.* CARLTON.   C. A. 9th Cir. [Certiorari granted, *ante,* p. 810.]   Motions of Anthony C. Morici, The American Cause, and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* granted.

No. 92–1964.   NATIONAL LABOR RELATIONS BOARD *v.* HEALTH CARE & RETIREMENT CORPORATION OF AMERICA.   C. A. 6th Cir. [Certiorari granted, *ante,* p. 810.]   Motion of U. S. Home Care Corporation of Hartsdale, New York, for leave to file a brief as *amicus curiae* granted.

No. 92–1988.   TICOR TITLE INSURANCE CO. ET AL. *v.* BROWN ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 810.]   Motion of Leslie O'Neal et al. for leave to file a brief as *amici curiae* granted.   Motion of Leslie O'Neal et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.